UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-CR-160-01 |
| VERSUS | * | JUDGE FOOTE |
| EBONY Z. BLACK | * | MAG. JUDGE MARK L. HORNSBY |

**REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA**

Upon the request of the District Judge, and with the written and oral consent of Defendant, this matter came before the undersigned U. S. Magistrate Judge on January 9, 2017, for administration of a felony guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present with counsel, Betty Marak.

After the hearing, it is the finding of the undersigned that: (1) Defendant is fully competent to enter this guilty plea; (2) The Plea Agreement was properly signed and filed; (3) Defendant's guilty plea to Count 1 of the Indictment was freely and voluntarily entered, with a full understanding of the nature of the charge and the maximum penalties; (4) Defendant made a knowing and voluntary waiver of the right to a jury trial with the full assistance of counsel; and (5) The guilty plea is fully supported by the factual basis for each of the essential elements of the offense. Both the Government and Defendant waived their right to object to this Report and Recommendation. Accordingly,

IT IS RECOMMENDED that the District Judge ACCEPT the guilty plea of Defendant in accordance with the terms of the Plea Agreement filed in the record of these proceedings, and that Defendant be adjudged guilty of the offense charged in Count 1 of the Indictment.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Judge immediately adopt this Report and Recommendation without passage of the customary delays.

Shreveport, Louisiana, this 24th day of January, 2017.

Mark L. Hornsby
U.S. Magistrate Judge